IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE PEOPLES,<br><br>    Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA STATE POLICE<br>TROOPER CRAIG A. HOOVEN,<br><br>    Defendant. | Civil Action No. 3:23-cv-297<br>Judge Stephanie L. Haines |

## ORDER

AND NOW, this 1st day of November, 2024, the Court having been advised that a settlement has been reached in this case, and the only remaining matter being the submission of a stipulation of settlement and dismissal; accordingly, with no further action being required by the Court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the completion and enforcement of settlement.

                       /s/ Stephanie L. Haines
                       Stephanie L. Haines
                       United States District Judge

cc/ecf: All counsel of record