IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE PEOPLES, as Administratrix of the Estate of Matthew Chelgren, <br>     Plaintiff, <br> v. <br> PENNSYLVANIA STATE POLICE TROOPER CRAIG A. HOOVEN, <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 3:23-cv-297 |

## STIPULATION OF DISMISSAL

Pursuant Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, Valerie Peoples, and Defendant, Craig A. Hooven, hereby stipulate to the dismissal of the above-captioned action, with prejudice. Each party shall bear its own costs and attorney's fees.

Respectfully Submitted,

/s/ *Anthony E. Patterson*
Anthony E. Patterson, Esquire
PA I.D. No. 72881
304 Ross Street, Suite 505
Pittsburgh, PA 15219
(412) 281-2704 – Phone
(412) 586-5274 – Facsimile
Attorney for Plaintiff

Date: January 6, 2025

/s/ *Meghan Flowers*
Meghan Flowers, Esquire
Deputy Attorney General
PA ID 326721
OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
(412) 565-3017
Attorney for Defendant

AND NOW, this 7th day of January, 2025,
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE